UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,       )
                                )
            Plaintiff,          )
                                )   INFORMATION   CR 12-110 JRT
         v.                     )   (18 U.S.C. 1001)
                                )
SPECTRO ALLOYS CORPORATION,     )
                                )
            Defendant.          )

THE UNITED STATES ATTORNEY CHARGES THAT:

### COUNT 1
(False Statements)

On or about March 1, 2007, in the State and District of Minnesota, the defendant,

**SPECTRO ALLOYS CORPORATION ("SPECTRO"),**

did knowingly and willfully conceal, by any trick, scheme, or device, a material fact in a matter within the jurisdiction of an executive branch of the Government of the United States, namely by failing to disclose in a letter to the Environmental Protection Agency that Spectro had conducted discretionary emissions testing in November 2006 that had demonstrated violations of the dioxin/furan emissions limits set forth in Spectro's Clean Air Act Permit, all in violation of Title 18, United States Code, Section 1001(a)(1).

### COUNT 2
(False Statements)

In or about May 2007, in the State and District of Minnesota, the defendant,

**SPECTRO ALLOYS CORPORATION ("SPECTRO"),**

SCANNED
MAY - 2 2012
U.S. DISTRICT COURT MPLS

FILED  MAY  2 2012
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTERED _____
DEPUTY CLERK'S INITIALS _____

U.S. v. Spectro Alloys Corporation

did knowingly and willfully conceal, by any trick, scheme, or device, a material fact in a matter within the jurisdiction of an executive branch of the Government of the United States, namely by failing to disclose in semi-annual reports submitted to the Environmental Protection Agency that Spectro had conducted discretionary emissions testing in November 2006 that had demonstrated violations of the emissions limits for dioxin/furans set forth in Spectro's Clean Air Act Permit, all in violation of Title 18, United States Code, Section 1001(a)(1).

Dated: May 2, 2012

Respectfully submitted,

B. TODD JONES
United States Attorney

BY: David M. Genrich
Assistant U.S. Attorney
Attorney ID No. 0281311