# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 12-110 (JRT) |
| | ) | |
| SPECTRO ALLOYS CORPORATION | ) | |
| | | |
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Civil No. 12-594 (MJD/JSM) |
| | ) | |
| SPECTRO ALLOYS CORPORATION | ) | |

### NOTICE TO THE COURT OF RELATED CASES

The undersigned attorney hereby notifies the Court and counsel that the above-captioned cases are related for the following reasons:

n/a   Cases involving the same act or transaction connected with or constituting a part of a common conspiracy, scheme or plan.

■   Cases involving the same defendant(s), whether the prior cases are open or closed.

■   Cases arising out of the same operative set of facts, behavioral episode or course of conduct whether the prior cases are open or closed.  Note: Both of the above captioned matters were part of a global settlement negotiation between the United States and Spectro Alloys Corporation.

n/a   Cases that arise out of the same investigation and have temporal proximity.

Dated: May 2, 2012                          Respectfully submitted,

                                            B. TODD JONES
                                            United States Attorney

                                            s/ David M. Genrich
                                            BY: DAVID M. GENRICH
                                            Assistant United States Attorney
                                            Attorney ID No. 281311