UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 12-110 JRT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **SATISFACTION OF** |
| | ) | **MONETARY IMPOSITION** |
| SPECTRO ALLOYS CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

The special assessment of $800 and fine of $500,000 in the above-entitled action has been paid in full or otherwise settled through compromise.

THEREFORE, the Clerk of the United States District Court for the District of Minnesota may satisfy and cancel the monetary judgment of record in the amount of $500,800.

Dated: 8-16-12

B. TODD JONES
United States Attorney

*s/ Erika R. Mozangue*
BY: ERIKA R. MOZANGUE
Assistant U.S. Attorney
Attorney I.D. No. 244570
600 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5600